UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID RICHARD LAMPINEN,

        Defendant.
_____/

Case No. 2:08-cr-56-03

HONORABLE PAUL L. MALONEY

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 293) is approved and adopted as the opinion of the Court.

2. The Judgment in a Criminal Case for Revocation of probation or Supervised Release shall enter.

Date: February 11, 2013

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge